**UNITED STATES DISTRICT COURT**       **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| HUNTSMAN CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:08-CV-029 |
| | § | |
| INTERNATIONAL RISK INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant/Third-Party Plaintiff, | § | |
| | § | |
| *versus* | § | |
| | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Third-Party Defendants. | § | |

## ORDER TRANSFERRING CASE

For the reasons set forth in the court's Memorandum and Order, signed April 22, 2008, the above-styled civil action is transferred to the United States District Court for the Southern District of Texas to the docket of the Honorable Lee H. Rosenthal.

SIGNED at Beaumont, Texas, this 22nd day of April, 2008.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE