

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
P O BOX 3507
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION



May 13, 2008

U. S. District Court, Southern District of Texas
Houston Division
P. O. Box 61010
Houston, Tx 77208-1010


RE: 1:08cv29 Huntsman Corporation vs. International Risk Insurance, et al.,

Dear Clerk:

Pursuant to the Order transferring the above entitled action to your District, we are transmitting electronically our case file. Please see attached instructions for retrieving electronically filed cases.

    Once you have received this case information for this transfer, please acknowledge receipt of the information on the copy of this letter and return it to our district.

Yours very truly,

DAVID J MALAND, CLERK

By ___**MARILYN PEREZ**___
       Deputy Clerk

Enclosures

Received items described this date _____.

           By: _____
                               Deputy

United States District Court
Southern District of Texas
FILED
MAY 1 4 2008
Michael N. Milby, Clerk